```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  JAVIR SINGH,                   )   CV F 06-1549 AWI-LJO
                                   )
11          Plaintiff,             )
                                   )
12      v.                         )
                                   )   DEFENDANT'S REQUEST FOR AN
13  MICHAEL CHERTOFF, et. al.,     )   EXTENSION OF TIME AND PROPOSED
                                   )   ORDER
14          Defendants.            )
    _____    )
15
```

16      The United States hereby requests a 60-day extension of time
17 until March 2, 2007, to file its answer.  This motion is based
18 on the attached declaration of Assistant U.S. Attorney Carolyn K.
19 Delaney.

20 DATED: December 27, 2006                Respectfully submitted,

21                                         McGREGOR W. SCOTT
                                           United States Attorney
22
                                           /s/ Carolyn K. Delaney
23
                                           By
24                                         CAROLYN K. DELANEY
                                           Assistant U.S. Attorney
25 ///
   ///
26 ///
   ///
27 ///
   ///
28

                              1

Pursuant to the defendant's request for an extension of time, it is hereby **ordered** that the defendant be granted an extension of time until March 2, 2007.

    IT IS SO ORDERED.

**Dated:   December 27, 2006**             **/s/ Lawrence J. O'Neill**
66h44d                                                          UNITED STATES MAGISTRATE JUDGE